BENTON, J.,
concurring.
I concur on the authority of Irwin Yacht & Marine Corp. v. Piernik, 675 So.2d 975, 976 (Fla. 1st DCA 1996) (reversing where “JCC ... limited ... offset ... to that actually taken by social security [before the claimant was accepted as permanently totally disabled] without making a determination as to the actual limitation of the offset under section 440.15(9)(a)”), and Brown v. L.P. Sanitation, 689 So.2d 332, *727 333 (Fla. 1st DCA 1997) (construing section 440.15(3), Florida Statutes (Supp. 1994), to allow “recovery of overpayments occurring on or after January 1, 1994” without regard to date of accident).